IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RAYVIN SALINE ROSE WOOLSEY, | ) ) ) |
| Plaintiff, | ) |
| v. | ) ) |
| FRANK J. BISIGNANO, Commissioner of the Social Security Administration, | ) ) ) ) ) |
| Defendant. | ) |

Case No. CIV-25-250-GLJ

## OPINION AND ORDER

Claimant, Rayvin Saline Rose Woolsey, was the prevailing party in this action under the Social Security Act. Claimant seeks an award of attorney's fees in the amount of $771.00 for 3.00 hours of attorney work. Docket No. 14, Ex. 1. The Commissioner did not file a response opposing this request, and the time do so has lapsed. *See* Docket No. 15.

Upon review of the record herein, the Court finds that the requested amount is reasonable, and that the Commissioner should be ordered to pay it to Claimant as the prevailing party herein. *See* 28 U.S.C. § 2412(d)(1)(A) ("Except as otherwise specifically provided by statute, a court shall award to a prevailing party other than the United States fees and other expenses, in addition to any costs awarded pursuant to subsection (a), incurred by that party in any civil action (other than cases sounding in tort)[.]"); *see also Manning v. Astrue*, 510 F.3d 1246, 1251 (10th Cir. 2007) ("The EAJA therefore permits

attorney's fees reimbursement to financially eligible prevailing parties, who make a proper application, and not to their attorneys.").

Accordingly, IT IS ORDERED that Plaintiff's Motion for Award of Attorney Fees Pursuant to the Equal Access to Justice Act [Docket No. 14] is hereby GRANTED. The Government is hereby ordered to pay the aforementioned fee award to Claimant as the prevailing party herein.  IT IS FURTHER ORDERED that if Claimant's attorney is subsequently awarded any fees pursuant to 42 U.S.C. § 406(b)(1), said attorney shall refund the smaller amount of such fees to the Claimant pursuant to *Weakley v. Bowen,* 803 F.2d 575, 580 (10th Cir. 1986).

**DATED** this 2nd day of December 2025.

_____
**GERALD L. JACKSON**
**UNITED STATES MAGISTRATE JUDGE**